UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ADAM J. WHITE (#492108)

VERSUS

STEVE RADER, ET AL.

CIVIL ACTION

NO. 09-696-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated March 29, 2010 (doc. no. 30) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the court declines to exercise supplemental jurisdiction over the plaintiff's state law claims and the defendants' Motion to Dismiss (doc. nos. 14 and 15) are GRANTED dismissing the plaintiff's claims asserted against defendants Steve Rader, Gary Shotwell and Cody White, with prejudice, for failure to state a claim upon which relief may be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Further, plaintiff's claims asserted against defendants Lane Thomas and Robert Lenior are DISMISSED, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915, and this action is DISMISSED.

Baton Rouge, Louisiana, this 28th day of April, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA